UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07334
  MICHAEL EUGENE WARD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-5194

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/23/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/28/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRESHA R EVERSLEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 9637.92 | .00 | 664.44 |
| ROUNDUP FUNDING LLC | UNSECURED | 166.27 | .00 | .00 |
| STEFANS STEFANS & STEFAN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 49.24 |
| DEBTOR REFUND | REFUND | | | 12.32 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                726.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                  664.44
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                        49.24
DEBTOR REFUND                               12.32
                    ---------------     ---------------
TOTALS                726.00                726.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
     Dated: 02/27/08
                         _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE